United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOWREY LLP, and ALLAN B. DIAMOND, CHAPTER 11 TRUSTEE OF HOWREY, LLP, <br><br>Appellants, <br><br>v. <br><br>U.S. BANK, NATIONAL ASSOCIATION, as Trustee; <br><br>1875/1925 CENTURY PARK EAST CO.; <br><br>THE IRVINE CO., LLC; <br><br>KNICKERBOCKER PROPERTIES, INC. XXXIII; and <br><br>DEWEY & LEBOEUF, LLP, <br><br>Appellees. | **ORDER RE CONSOLIDATION AND BRIEFING SCHEDULE** <br><br><br>Case No.  15-cv-03935-JD <br><br>Case No.  15-cv-03937-JD <br><br>Case No.  15-cv-03938-JD <br><br>Case No.  15-cv-03939-JD <br><br>Case No.  15-cv-03959-JD |

The Court finds that these cases involve common issues of law and consolidates them pursuant to Fed. R. Civ. P. 42(a). *See also* Dkt. No. 9 ¶ 9 (the parties agree to consolidation of the first four filed cases). Case No. 15-cv-3935-JD will be the lead case in which all future filings should be made.

The Court orders the following briefing schedule:

1. Appellant will file a single, consolidated opening brief on appeal of not more than 25 pages by February 3, 2016.

2. Appellees will jointly file a single opposition brief, no longer than 25 pages, by March 2, 2016. If any appellee has a good faith belief that it has unique factual circumstances

1   that require the Court's attention, it may file a supplemental brief of up to 6 pages by
2   March 2, 2016.  A supplemental brief may not address issues duplicative of the joint
3   brief.
4   3.   Appellant may then file a single, 15 page reply brief by March 23, 2016.
5   4.   The Court will then determine whether to set a hearing.
6   **IT IS SO ORDERED.**

Dated: December 16, 2015

_____
JAMES DONATO
United States District Judge