United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN B. DIAMOND, CHAPTER 11 TRUSTEE OF HOWREY, LLP,<br><br>Appellant,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, as Trustee;<br>1875/1925 CENTURY PARK EAST COMPANY;<br>THE IRVINE COMPANY, LLC;<br>KNICKERBOCKER PROPERTIES, INC., XXXIII; and<br>DEWEY & LEBOEUF, LLP;<br><br>Appellees. | Case No. 15-cv-03935-JD<br><br>Consolidated with 15-cv-3937, 15-cv-3938, 15-cv-3939, 15-cv-3959<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the Bankruptcy Court has granted the appellant's motion to settle all claims, with an effective date of April 1, 2016. Dkt. No. 16. Consequently, the Court vacates all pretrial deadlines and dismisses this case without prejudice. If any party certifies to the Court within **sixty** days from the date of this order that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and a briefing schedule will be set. If no certification is filed, the dismissal will be with prejudice after the passage of the **sixty** days.

**IT IS SO ORDERED.**

Dated: March 18, 2016

_____
JAMES DONATO
United States District Judge